DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARRIS JAMESON HAYES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1702

[December 22, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case Nos. 502014CF012444A, 502014CF012445A, 502014CF012446A, 502014CF012450A, 502014CF012451A and 502014CF012453A.

Darris Jameson Hayes, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***